IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIO RIVERA DIAZ, et al.,

    Plaintiffs,

v.                                    CIVIL NO. 98-2202 (RLA)

AMERICAN AIRLINES,

    Defendant.

## JUDGMENT

The Court having dismissed the complaint through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23rd day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)