IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 30 AM 7:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

ANTONIO RIVERA DIAZ, et al.,

Plaintiffs,

v.                                    CIVIL NO. 98-2202 (RLA)

AMERICAN AIRLINES,

Defendant.

## ORDER STRIKING DOCUMENTS

Plaintiffs having failed to comply with the deadline set forth in the Minutes of Settlement Conference Held on August 25, 1999 (docket No. 20) as well as with the terms of the undersigned's Standing Order[1] the following documents filed on September 23, 1999[2] are hereby **STRICKEN** from the record: Opposition to Motion for Dismissal and Motion Requesting Summary Judgment and Reply to Motion to Dismiss.

The dismissal of the complaint remains in effect.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of September, 1999.

RAYMOND L. ACOSTA
United States District Judge

---

[1] See Order Dismissing Complaint, issued on September 23, 1999 (docket No. 24) n.1.

[2] See Motion (docket No. 22).