## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANTONIO RIVERA DIAZ<br>PATRICIA RIVERA FALCON<br>**PLAINTIFFS** | Civil num.<u>98-2202 (RLA)</u> |
| Vs. | ERISA<br>(TRIAL BY JURY) |
| AMERICAN AIRLINES<br>**DEFENDANTS** | |

### NOTICE OF APPEAL

Notice of hereby given that all the above captioned plaintiffs in this case, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment entered in this case on September 23, 1999, entered on docket on September 27, 1997, under Civil Number 98-2202 (RLA). Said judgment dismissed the present complaint in this case against the above mentioned defendants. The facts and issues in controversy are extremily meritorius in favor of the above captioned plaintiffs.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22 October, 1999.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing proof-of-service was sent by first-class mail to: Carmencita Velázquez Márquez, at PO Box 364225, San Juan, Puerto Rico 00936-4225.





RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
EDIF. ASOC. DE MAESTROS 609
AVE. PONCE DE LEON 452
HATO REY, P.R. 00918
USDC-119606
TELEPHONE: (787) 764-3280