IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIO RIVERA DIAZ, et al.,

    Plaintiffs,

v.                                         CIVIL NO. 98-2202 (RLA)

AMERICAN AIRLINES,

    Defendant.

### AMENDED JUDGMENT

Consonant with opinion of the Court of Appeals issued on July 25, 2000, it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25 day of August, 2000.

                    RAYMOND L. ACOSTA
                    United States District Judge